Matter of Yacere D. (2023 NY Slip Op 03782)

Matter of Yacere D.

2023 NY Slip Op 03782

Decided on July 12, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 12, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
ANGELA G. IANNACCI
JOSEPH J. MALTESE
LILLIAN WAN, JJ.

2022-07685
 (Docket No. D-4284-22)

[*1]In the Matter of Yacere D. (Anonymous), appellant

Jordan M. Freundlich, Lake Success, NY, for appellant.
Raymond A. Tierney, District Attorney, Central Islip, NY (James G. Bernet of counsel), for respondent.

DECISION & ORDER
In a juvenile delinquency proceeding pursuant to Family Court Act article 3, Yacere D. appeals from an order of the Family Court, Suffolk County (Fernando Camacho, J.), dated September 6, 2022. The order, insofar as appealed from, denied that branch of Yacere D.'s motion which was to expunge all records relating to the testing of a sample of his DNA pursuant to Executive Law § 995-c(9)(b).
ORDERED that on the Court's own motion, the notice of appeal is deemed to be an application for leave to appeal, and leave to appeal is granted (see Family Ct Act § 1112[a]); and it is further,
ORDERED that the order is affirmed insofar as appealed from, without costs or disbursements.
This proceeding arises out of a fatal collision on the Southern State Parkway in Suffolk County. The driver of the offending vehicle fled the scene. The appellant, who was 15 years old at the time of the collision, was arrested after a DNA report indicated that a sample of his DNA matched DNA recovered from the offending vehicle.
Following a fact-finding hearing, the Family Court found, inter alia, that the appellant committed acts which, if committed by an adult, would have constituted the crimes of manslaughter in the second degree, assault in the third degree, reckless endangerment in the second degree, and reckless driving, and adjudicated him a juvenile delinquent. Subsequently, the appellant moved, among other things, to expunge all records relating to the testing of his DNA sample pursuant to Executive Law § 995-c(9)(b). The appeal is from an order which denied that branch of the appellant's motion.
Contrary to the appellant's contention, the Family Court did not improvidently exercise its discretion in denying that branch of his motion which was to expunge all records relating to the testing of his DNA sample pursuant to Executive Law § 995-c(9)(b) (cf. Matter of Francis O., 208 AD3d 51, 60-61; Matter of John R., 69 Misc 3d 493, 504-505 [Fam Ct, NY County]).
DILLON, J.P., IANNACCI, MALTESE and WAN, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court